Case No. 24-2035 OPV Partners LLC v. City of Lansing MI at all Argument not to exceed 15 minutes per side Mr. Abel you may proceed for the appellant. Thank you may it please the courts my name is Jason Abel and I have the privilege to represent OPV Partners LLC this is an action under 42 USC 1983 for appellees unconstitutional deprivation of OPV I apologize I'm reserving three minutes for related to OPV's protected rights with regard to the use and occupancy and benefits of its former property which was a 16 618 mix of townhomes and apartments located in Lansing called Umbridge there's no real disagreement as the applicable law here the trial court dismissed on the real disagreement relates to the facts and to the application of the plain language of Lansing's ordinance as well as the party's settlement agreement and how it applies to that our appellate brief essentially anticipated most of the arguments at the City of Lansing raised and so I'd like and we refrained from filing a reply brief on that basis so I'd really like to focus on two issues one is discretion and the second is the well-pleaded allegations in the with regard to discretion most of the trial court's decision and Lansing's analysis turns on the crucial question of whether OPV had a protected property interest in the use and occupancy of its property for which the city should have issued a certificate of compliance but instead took de facto condemnation actions under established case law a protected property right exists if the plaintiff has legitimate expectation or entitlement or justifiable expectations the approval of its plan are you talking procedural due process now or taking talking generally because the first element of both procedural and substantive due process is the existence of protected property right well you have a takings claim as I mean substantive due process is another animal yeah so we have the 14th amendment claim for due process with regard to both procedural and substantive we also have the Fifth Amendment's taking clause claim I'm focusing really for purpose of this amendment due process claim the takings claim I think stands on its own and I wasn't intending to address it but I'm happy to answer any questions so I'm interested in this section and maybe you can tell me where I'm missing the boat 1460 point 49 B occupation occupancy if violation is found which says upon a finding that there is a violation of this code but it's not unsafe condition occupancy may continue at the discretion of the manager of code compliance so that would seem to me to indicate that if there are these violations that are not unsafe conditions that there is still discretion on the part of the code manager as to whether to allow occupancy to continue is that correct that it's a discretionary decision on 1460.49 B that's correct mm-hmm so 1460.49 B why is that not what's involved here to read first we're dealing with the refusal of the city of Lansing to provide a certificate of compliance at all which falls under a so B talks about a different issue talks about occupancy if a violation is fault that is found a talks about the obligation the standard setting forth whether the city of Lansing has to provide a certificate of compliance that in if you look at a there's not that discretionary may language it speaks specifically in terms of shall use the word shall four times makes if you're in compliance right well it also has in in that mandatory language you have to be compliant however you still have to give a compliance unless there is I believe it's the hazard as to health and safety no it says in a it says a violation of this code shall not prevent the issuance of a certificate that does not mean you were entitled to one there's actually so the first sentence provides the certificate of compliance shall be issued only after an inspection of the premise again shall be issued only after an inspection of premises has been conducted has been conducted by the paid and there's no delinquent real property taxes on the premises so the first piece is a shell second piece is a violation of the code shall not prevent the issuance of certificate so it makes clear that even if there are violations unless those violations are to our hazards as the health and safety you still as a municipality have to grant the certificate of compliance you then go on to the third one two copies of the certificate shall be issued within 30 days after written applications and made an inspection has been conducted and a determination has been made that the property meets the requirements of the code so get four shells so are you saying then that if there are failures to comply with the code that are not immediate hazards to health or safety that even if there are violations a certificate of compliance has to be that's what the statute says the only way to read it's basic canons of statutory construction if you're there no cases that support that reading I have not seen any cases that talk about this specific ordinance even in Lansing or a different location is this ordinance just a Lansing ordinance or does it is it a more general ordinance I'm asking honestly I don't know I don't know that there's some interesting elements of the ordinance where it makes reference to non-existing provisions which suggests that they pulled it from a different site but I don't know I've just seen anything does your complaint say that you were in compliance with all code requirements it does not but what it makes clear is that there were no health and safety hazards that would have prevented the certificate of compliance for being issued and in to that so attached to your complaint are various notices and and one of them says for several units that you don't have a furnace that would provide the ability to heat up to 60 degrees and this is Lansing Michigan so it's obviously you're concerned about winter and that you don't have furnaces that have been checked properly for co2 weeks and so forth so what are we supposed to do with those kind of violations so first of all those are alleged violations they're not facts they're statements based on initial inspection by the city inspector the issue was after my client complies with those notices and takes appeal and challenges them did you pay the appeal fees the appeal fees were only required 20 days before the appeal is scheduled for to and pursuant to the city's ordinance the city attorney was required to schedule the appeal city attorney never scheduled the appeal kept pushing it back reading the appeal form it sounds like you have to pay the fee before you get scheduled am I wrong in the way I'm reading that the ordinance itself makes clear it uses the language shall again specifically what I mean yeah so the if you look at sorry let me pull it up in addition to the obligation to re-inspect in 1460 50 we also have 1460 which makes clear it says the city attorney shall schedule the appeal to be heard at the next available meeting of the claims review committee after the appeal is filed so it's the city attorney's obligation to schedule the appeal it failed to do so once the appeal scheduled you then have the obligation to make a fee payment but even that is not in the ordinance there's no obligation in the statute that I've seen that says that there is a fee to be paid on appeal this is again something that it appears the city of Lansing may have made up or failed to include from the International Property Management Code or whatever other document it took this ordinance from there's a huge no however if the city of Lansing doesn't establish that in its ordinance or in its requirements it's not there's no obligation to pay it but beyond that if the city had actually scheduled the appeal my client would have paid the fee days before the appeal is scheduled it makes clear that obligation to schedule the appeal falls on the city attorney well I mean your concession that you do not allege in your pleadings that these buildings were in compliance with the requirements for certificate seems rather lethal to your position that the Constitution entitled you to you know these various procedures before you they the city could bar you or restrict you from doing the things that you can do only when you are in compliance what what am I missing in that yeah I think what's missing is the fact that it wasn't a concession so I'm not going to say not conceding that my client was not in compliance with the requirements of the code as modified by well I'm suggesting that you need to allege that you were in compliance in order to sort of activate some of the entitlements that you're you know seeking here and if you just come in and don't even allege that you were in compliance that's in paragraph 76 of the complaint but I thought you just in response to Judge Moore's question you said that you did not allege that you were in compliance with at least some of the requirements to get a certificate we're talking about so I apologize if I misspoke if you look at paragraph 76 it says that my client was at all times in compliance with the requirements of the ordinance with regard to certification had applied for renewal and had scheduled inspections the issue with compliance is if you look at the code and the minutia of it it contains issues with regard to cosmetic issues it contains issues that are not health and safety related that are minor and that the ordinance itself says shall not provide a basis for the city to withhold a certificate so my client was absolutely in compliance with all the key elements all the necessary elements but yeah of course anytime you have a building inspector come in there might be paint chipping on the wall that's not a health and safety so your your position before us today is that you did plead compliance with the health and safety requirements in paragraph 6 or 76 is that right ok 76 weeks plaintiff has asserted that it was at all times in compliance with the requirement of the ordinance with regard to certification what does that mean it means that when you look at the the ordinance and the requirements for getting certification which looks at the non health and safety hazardous hazards issues my client had complied with all in addition and it says had applied for renewal had scheduled inspections yes had paid all fees and had a valid pending appeal of the inspection reports all the requirements for issuance of the certificate of compliance have been met especially given that the certificate of compliance issuance ordinance makes clear that you don't have to comply in order to get it it's not a basis for the cosmetic issues or anything less than the health and safety hazards so so is having a furnace in Lansing Michigan a health or safety issue I would say it is but there's a fundamental disagreement as to whether or not that was actually true my client asked for re-inspection which is required under the ordinance it's another shell they shall re-inspect my client fixed the critical health and safety issues the city refused to come back and re-inspect that's the key element here they were required to do so they Mr. mr. Abel you say it page 7 of your brief that you sold the property on May 7th 2024 how much did you sell the property for that I don't know your honor wasn't in the appellate record isn't that relevant to the takings claim that you've made it is relevant because it goes to the value of the taking yeah I would think so and don't don't we need to know that I mean you claim that there's a substantial diminution in value of the property but at the same time you say you've sold it I think there was some reference for millions of dollars and for us to determine if there's a substantial diminution in value of the property we almost need to know what was sold for so is your complaint deficient in that regard then if it is then my client should have been offered the opportunity to amend it okay you you made a motion to amend is that what you did or not the apologies runner I do not know if that motion was made I don't think it was it wasn't appealed if it was denied it's not one of your issues for appeal like I can tell you that it is not all right so that's that's not in front of us and I have trouble accepting your takings claim not knowing how much money you got for the property after you sold it the other issue I have is qualified immunity that the district judge ruled that there was qualified immunity on two grounds that plaintiff did not demonstrate any constitutional violation also plaintiff does not establish that plaintiffs due process violations were clearly established that's the second prong of immunity I see you appealing the qualified immunity ruling on the basis that there was a qualified that there was a constitutional violation but I don't see anywhere in your brief appealing the ruling that it was not clearly established and have you appealed the the lack of clearly established in this in this case given that we've appealed the entire order and we've touched on in the brief itself the fact that there was a constitutional violation and be it arises from the ordinance but that's that's only the prong one of qualified immunity and then I mean what we have qualified immune cases up here all the time and we always look at whether the constitutional violation is a clearly established right that all government officials would know about and you're suing two individuals here and it's it's important whether they have qualified immunity or not I don't see you arguing anywhere in your brief that the violation here that they committed was clearly established and if you have in your brief I'd like you to point out where you have I don't believe it's specifically argued in the brief what we have generally is the fact that we have an ordinance and we have two of these senior members of the Lansing government responsible for this ordinance being alleged to have said don't follow it that's okay that's only half of qualified immunity analysis so I can tell you that okay thank you thank you if I may real quick paragraph 76 that judge Moore read to you that's a paragraph he cited as the one in which you you allege that the property the apartment units were in compliance with health and safety I guess I mean why why isn't that just pleading a legal conclusion the way it's alleged there it's just we complied you know as opposed to some particular facts of some kind at least that that go beyond just the bare legal conclusion of compliance so we have roughly a thousand code violations alleged to go through and identify each one of those and specify this was resolved on X day or Y day would have resulted in yeah I mean I guess I'm not I'm not suggesting that kind of particularity but something more than we were in compliance like you know the health and safety requirements I mean I don't know some intermediate thing like you know they were sanitary they had proper you know heating and ventilation something a little more particular than just we were in compliance and then the follow-up to that is that you did have exhibits to the initial complaint that have these code violations listed including the furnace things which I've picked out but I didn't see that you had something saying that with respect to those particular code violations you have purportedly fixed the items so if you look at for example I think it's exhibit 6 ECF number 1 6 page ID 419 we have various appeal letters that were attached to the brief attached to the complaint that are then part of the the complaint as well where it essentially goes through and identifies the various different parcels at issue and indicates they are not in the complaint itself but in the attachments that the issues were resolved pursuant to the standards set on the ordinance and also under the settlement agreement which modified the ordinance and that's there's one at 1 6 I believe there are several others with one at 1 7 that go through and these are the documents essentially establishing the right to appeal and saying look we've addressed these issues we're asking for inspection the inspections not being provided the issues are resolved good afternoon and may it please the court Matt Staples assistant city attorney on behalf of the city of Lansing I want and the individual defendants and the individual defendants yes first I wanted to note in response to some of the appellants statements the finding of the district court related to the violations that the district court summed it up neatly saying that and this is a footnote one in the district courts holding in their statement of facts the inspections identified numerous health and safety issues such as a lack of smoke detectors combustibles stored too close to furnaces and water heaters plumbing concerns missing guardrails on staircases and units without utilities again these are substantial violations your honor the these are not you know as appellant stated you know your argument is the district court correctly determined that the city of Lansing has total discretion on whether to issue a certificate of compliance is that is that right I would not say total digression or discretion that substantial discretion the district judge said there is it is discretionary it is whether it whether you issue a certificate or not and I'm thinking it's discretionary so it's within the total discretion of the city of Lansing if it's not what what hems it in at all the guidelines of what determines an unsafe building or what the building guidelines in general are international property termination is totally unreasonable it is still discretionary there's no appeal there's no there's no right to contest I mean there is is that is that how it works no that there is a substantial appeals process your honor well they they claim that there's not and this this is a 12b 6 dismissal based upon the pleading and I think we might have a factual dispute as to how this appeal procedure works what the practice and custom is whether the $200 has to be paid when you file the appeal when they schedule the the hearing or whatnot I think it's I think it's rather ambiguous but 12b 6 we have to accept all their plausible allegations as true and we don't we don't look behind that and we don't look to the to create genuine issues the material fact and what troubles me is your your argument and which is accepted by the district court is that this is totally discretionary not subject to review not subject to going to court that whatever the city determines as to whether there's compliance or not that is it and it's hard for me to to accept that that's what that's if they have a property interest that that's what would would would would be here we are a couple points to that at one the gavit v. Bourne court has stated that courts may consider exhibits attached to the complaints public records items appearing in the record of the case and exhibits attached I think the district court did a very thorough job of that that the city provided ample proof of the appellate process because they cited them for violations if the violations existed I'm not for they weren't entitled to a certificate of compliance I will say it is more than a single inspection your honor these are violations that existed over a number of years and two different inspections by two different these are issues of fact that that I don't think we can resolve on a motion to dismiss based upon the pleadings the the the threshold issue is whether they have a property interest in getting a certificate of compliance their argument is they had one for five years that they they have owned the apartments since 2014 they had a certificate of compliance from 2014 to 2019 they had a reasonable expectation that that certificate of compliance would be renewed much like a liquor license might be expected to be renewed and other sorts of license like that and because they already had the certificate of compliance they expected that property interest to continue why isn't that a good argument as to why they have a property interest I guess that's the first thing we need to resolve here sure they purchased the property in 2014 the licenses in Lansing are valid for two years after every two years there's a reinspection if they do not pass that reinspection the license is not issued again until the that inspection is passed so the the license is only good for two years and that is made clear by the city's ordinances the certificates lapsed in 2018 by the time they got around to having a new inspection done again this is 13 buildings 13 apartment buildings 62 townhomes 618 units these inspections take quite a lot of time the inspections were done in 2019 they did not pass those inspections so I would say there's there is no property interest in the license beyond its two-year existence time it is it is very clear that the license is only good for two years he's judge Griffin's not talking about whether they have an interest in the licenseness I mean I don't want to speak for judge Griffin but I think he's raising the larger question whether the owner of an apartment building has any cognizable property interest in leasing the units therein particularly when they have been leasing them for five years and then throw in that you have a settlement agreement apparently in 2019 that that itself put some constraints on the city so is it your position that notwithstanding those circumstances that the city's determination whether the the plaintiff can continue leasing these units is entirely discretionary and thus you know because they have no property interest I would say it is just based on the discretion of the inspection which is followed up by an ability to appeal the results of those inspections which they never properly did in this case they claim they did it's a factual question I think and it's I don't think I can resolve it on the if I had resolve it on the pleadings I have to have to accept their allegation that they did properly appeal it and I do see in the exhibits if there's correspondence going back and forth that they say we interpret your your ordinance as requiring us to pay the $200 once you schedule the hearing you guys respond no that's not the way we interpret it anyway we're not going to resolve that 12b6 I don't think I think maybe we would remanded for and that that also is not what judge Beckering ruled below she just just ruled that there's no property interest at all not that they didn't appeal but I would say to that point there is case law the end from MS rentals LLC be the city of Detroit the underlying requirements that rental properties present possessed certificates compliance is lawful as is the requirement that landlords demonstrate compliance before being allowed to rent the property to tenants again I think also and this is somewhat in the takings context but I think it applies somewhat to the property interest context the conditions that the property are really more I mean based on what the district court found tantamount really to public nuisance I mean these are very serious health safety and welfare concerns I don't think I don't think she found that there was a public nuisance but I think she found conditions tantamount to public nuisance health safety and welfare violations well that's I mean that's something a nuisance determination be something I would think the state or the city would have to demonstrate I mean they're just they just want notice in a hearing basically and not just to be subject to the you know potentially arbitrary decision of a particular inspector so why why can't why aren't they entitled to a hearing and why didn't they get this appeal they are entitled to a hearing hearings were set several times they never paid the fee associated with the hearing in time to have the hearing there were building board of hearings settlement set for 411 of 23 with payment due by 322 of 23 they did not pay they then appealed the failure to comply letters the city offered two different hearing dates at that point of 912 and 1010 23 again appellant never submitted payment and this is in we're on a motion to dismiss so is this in the documents that the plaintiff attached to the complaint of which there are numerous documents it is I think in exhibits filed in response to the documents filed in the complaint which pursuant to the gabbett decision the court is allowed to consider at that stage without turns transforming it transforming it into a motion motion for summary judgment because they are directly referenced in the plaintiff's complain so you're understanding of the appeal statute is that you set these appeals for hearing on particular dates and then the plaintiffs had to pay amounts for the appeal and if they didn't pay the amounts correct when they had to pay that 20 days before the appeal could be heard that's that's not the ruling that's that's the subject of appeal I've read judge Becker ins ruling several times and she just she rules on the basis that there is no property interest here that she says that the decision whether it is to issue a certificate of compliance is totally discretionary to the city of Lansing therefore is no property interest she doesn't get into this procedural due process I mean that that's their argument if they have a property interest they're entitled to procedural due process I think you would agree with that and then they say they were denied because they didn't get an appeal that's a different issue and if that's what we're going to resolve it on I would prefer to remand it to the district judge and let her make a ruling on the appeal process what was required what was done all this stuff rather than on what we have before us I mean you're I guess you're free to argue that if you want but I'm inclined to remand if if that's your only defense well I would say that it is a discretionary action by the okay it is a discretionary action by the inspector so you're saying there's no property interest I I don't believe there is a property entrance interest in the issuance of a certificate I don't believe they can show that there is a is that an entitlement would that be a dangerous precedent for us to to so hold here that people business people that own rental properties are subject to the total whim and discretion of government whether the government agency will allow them to run it or not and that it cannot be second-guessed by it by a court of law and it's it's it's it's totally discretionary I mean I think it is not dangerous and it violates the Constitution to the extent that the court has addressed it in the zoning contracts this brother's construction zoning is totally discretionary either from this brothers under this course precedent discretionary authority to evaluate the legality of a preliminary plan such as that posed by the Commission does not create a protected property interest but maybe you know leasing the units for five years and having the settlement agreement says you can't you know arbitrarily or you have to have certain bases to bar them from renting maybe that's a different fact scenario which does create a certain expectation I will say I don't think the terms of the settlement agreement are properly before the federal court pursuant to the Kekona decision and its progeny settlement agreements are preliminary are generally considered state court matters and so if they have a a concern or a fear that the settlement agreement has been violated that the proper avenue for that is to bring that claim in a state court or a claim breach of contract claim in here to that pendant to the 1983 action which I would say is somewhat Trojan horsing the breach of contract bring the settlement agreement into this case or not it does not know that the settlement agreement would have had to have been entered either expressly in the terms of the order where the parties agreed in some stipulation that this court in the case retained jurisdiction which they did not the actual district court case in the original 2020 action was dismissed on motion of the city or where a diversity situation applies which is not the case here so I'm curious in terms of trying to find a precedent either from the US Supreme Court or from the Sixth Circuit hypothetically you have an apartment complex that has gotten a certificate of compliance for a couple years and then inspectors see violations some of which are non urgent safety matters and some of which are very unsafe conditions so the inspector issues a code violation statement and refuses to issue a certificate of compliance and hypothetically then there is an opportunity for appeal of that ruling to an appeals board and then hypothetically there's an opportunity to bring a case in state court should this be a 1983 deprivation of property case in constitutional terms or should it be heard through the state court system where there are appeals available both administrative appeals and appeals to the state court system I think that point your honor is is very well taken I think that is the logical way this case should have proceeded this should be a state law case if they have a complaint over the settlement agreement which is what this really seems more to be that is best adjudicated through the state court Caconan and its progeny has been clear if they have an issue with the appeals process or the they should in your view they should have paid the appeals fee and then litigated the particulars of the statements by the inspectors that the furnaces didn't work or that the plumbing was rotten or all of the other there are numerous things in the exhibits to the complaint provided by the plaintiffs showing lots and lots and lots of violations according to the inspectors and there is this appeal process which does require the payment of fees that's the process exactly your honor I think that that is the process designed to create a proper record to give them ample opportunity to challenge their appeals before and the appellant misspoke briefly this is not the claims review committee that this goes through per ordinance it goes through the building board of appeals so it goes to a an appellate body that is well-versed in building in these codes in these situations if they sustain the inspectors claims that there are these various violations then what recourse does the property owner have then they would have recourse to to a state court of general jurisdiction in Michigan to the to the circuit court to ask for either injunctive relief or or damages potentially as a review of that final decision of a I guess of administrative there's a couple other claims we haven't talked about one is substantive due process and the other one is the takings claim can you address both of those sure as to the substantive due process there are no actions here that would shock the conscience this is the very basic administration of the police powers by the municipality it's simply inspecting property to make sure that it is suitable for tenancy and for the health safety and welfare of the tenants who live there that that's the exact point of the two-year certification process right these huge properties we know well from experience can rapidly deteriorate over the course of two years so so failing about the taking sure there are two two points there I think in the bituminous coal case in the US Supreme Court and we can agree or disagree I think these violations substantially rise to the nature of a public nuisance I know we haven't litigated that point yet but there can be no taking when the city is exercising its police powers to remedy such serious health safety and welfare a non-arbitrary way we accept the allegations as true contained in the complaint that there there are no serious health safety violations so assuming there are none and they they prohibit the use of the property totally why is that not a taking well I would say it it didn't prohibit the use of the property totally it prohibited the use of the property as a rental property additionally they did sell the property for considerable value which means not all economic in the record at all the fact that they sold the property is the amount that they sold it I don't believe so the fact that they sold the property came up very late in the appellate or in the district court process that be a matter that we should remand to the to district court for fact-finding that they I mean we're looking at the complaint 12 b6 they they argue that there is a substantial diminution of value in this property however we know it was sold we don't know what the difference is should we remand that to the district court to figure it out I think your honor the the fact that if assuming it was sold for less than what they think it is the the party in control of the condition of the property is the appellant and if the property didn't sell for as much as they thought it should or the buyer had condition concerns with the condition of the property I don't understand how any of that is a is it taking by the government right if if there are violations if the property is in substandard condition it's not going to sell for as much money the the party ultimately invest control to create value of their property at the end of the day is the owner of the property thank you thank you for your argument to Kate we need rebuttal two points first with regard to the settlement agreement that's really two issues one there's a breach of contract claim with regard to the settlement agreement but also we have the fact that the settlement agreement was entered into after two prior litigations to resolve them to essentially create new standards that Lansing had to use in inspecting the properties reasonableness consistency with other practices it good faith there's no analysis anywhere that city of Lansing complied with those separate obligations that they took on for themselves to modify their ordinance the second piece is with regard to the appeal there is a question of fact as to whether or not the appeal the requirements for the appeal were met but there's even a greater issue as to what are those requirements they're not in the ordinance well I mean let's just about what mr. Staples said though I mean he said that the city offered several dates to your clients and they never took them up on it and apparently that's reflected in exhibits to their answer so why aren't you stuck with that first I'm not sure what specific exhibits council is referring to but second these are the internet introduction of documents that are outside the four corners of the pleading well I mean let's say they're fair game in this appeal I mean I would think you would know ups you know every particular of the exhibits in the pleadings in a 12b6 appeal let's say that in these exhibits it does say that the city offered your clients particular dates for appeals that you had to pay a fee and that they never did why don't you lose for that reason alone I think the first issue is there's nothing in the ordinance that requires a fee to be paid second I think if you look at those same documents it talks I'm really just to be candid with you I'm super skeptical of that assertion that they can say okay we're ready to do appeal you got to pay this fee and you guys take no action and yet you can come in here and say you're you know it's a violation of the federal constitution I think there's correspondence going back and forth with regard to those appellate dates and talking about the fee specifically but I think the key issue is if you look at 1460.50 of the ordinance which deals with revocation of certificate of compliance and talks about the appellate process it refers to non-existent provisions of the statute it talks about 1460.12 means appeal which are reserved they're not part of the ordinance it sounds like a lot of state law minutia that really should be in state court somewhere rather than trying to say that it's a violation of the 14th amendment somehow if it wasn't a 14th amendment issue as well then it would be in state court but because we have that predicate here it belongs in the federal court okay well we'll look at the pleadings thank you